# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Rafael Cabrera

                              Plaintiff,

v.                                           Case No.: 1:15–cv–01916

                                           Honorable Jeffrey Cole

A. K. Auto Service, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 16, 2015:

      MINUTE entry before the Honorable Jeffrey Cole: On 5/19/2015 the court held a settlement conference at which time the parties settled the case. At the parties' request, I retained jurisdiction for a period of six months to 11/19/2015. That date having passed and there being no further activity in the case, the case is dismissed with prejudice with each party to bear own costs and fees.Civil case terminated. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.